UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES GEBREZGIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. PHILLIPS, et al.,<br><br>　　　　Defendants. | 1:21-cv-01626-SAB (PC)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF REGULAR CIVIL IFP APPLICATION AND REQUIRING PLAINTIFF TO FILE REGULAR CIVIL IFP APPLICATION OR PAY FILING FEE IN FULL WITHIN THIRTY DAYS |

Plaintiff has filed this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff neither filed an application to proceed in forma pauperis nor paid the $402.00 filing fee in full.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk's Office shall send plaintiff a regular civil in forma pauperis application;

2. Within **thirty (30) days** from the date of service of this order, plaintiff shall either file a completed regular civil in forma pauperis application or pay the $402.00 filing fee in full; and

3. Failure to obey this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **November 10, 2021**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1