UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES GEBREZGIE,<br><br>            Plaintiff,<br><br>     v.<br><br>K. PHILLIPS, et al.,<br><br>            Defendants. | Case No. 1:21-cv-01626-SAB (PC)<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING, IN PART, PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF Nos. 6, 7) |

Plaintiff Yohannes Gebrezgie is proceeding *pro se* and in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 9, 2021, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 5.) Plaintiff failed to file an amended complaint or otherwise respond to the Court's order, and an order to show cause was issued on January 18, 2022. (ECF No. 6.) Plaintiff filed a response on February 3, 2022. (ECF No. 7.) In his response, Plaintiff contend that he has been exposed to COVID-19 and was unable to litigate this action. Plaintiff requests a sixty day extension of time to file an amended complaint.

///

///

///

///

1

Based on the showing of good cause, it is HEREBY ORDERED that:

1. The order to show cause issued on January 18, 2022 is discharged; and
2. Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated: **February 4, 2022**

UNITED STATES MAGISTRATE JUDGE

2