UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES GEBREZGIE,<br><br>    Plaintiff,<br><br>    v.<br><br>K. PHILLIPS, et al.,<br><br>    Defendants. | Case No. 1:21-cv-01626-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 10) |

Plaintiff Yohannes Gebrezgie is proceeding *pro se* and in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 9, 2021, the Court screened Plaintiff's complaint, found no cognizable claims, and granted Plaintiff thirty days to file an amended complaint. (ECF No. 5.) Plaintiff failed to respond to the Court's order and the Court issued an order to show cause why the action should not be dismissed on January 18, 2022. (ECF No. 6.) On February 4, 2022, the Court discharged the order to show cause based on Plaintiff's response filed on February 3, 2022, and granted Plaintiff thirty days to file an amended complaint. (ECF Nos. 7, 8.) On March 10, 2022, the Court granted Plaintiff's request for an additional thirty days to file an amended complaint. (ECF Nos. 9, 10.) However, Plaintiff has failed to file an amended complaint or otherwise respond to the Court's March 10, 2022 order and the time to do so has now passed. Accordingly, within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why this action should not be dismissed for failure to prosecute and

///

///

///

failure to comply with a court order. Plaintiff's failure to comply with this order will result a recommendation to dismiss the action for failure to comply with a court order, failure to prosecute, and failure to state a cognizable claim for relief.

IT IS SO ORDERED.

Dated: **April 18, 2022**

UNITED STATES MAGISTRATE JUDGE