UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOHANNES GEBREZGIE,<br><br>        Plaintiff,<br><br>    v.<br><br>K. PHILLIPS, et al.,<br><br>        Defendants. | No. 1:21-cv-01626-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

    Plaintiff Yohannes Gebrezgie is proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On May 11, 2022, the assigned magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiff's failure to state a cognizable claim, failure to comply with a court order, and failure to prosecute.  (Doc. No. 13.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service.  (*Id.*)  To date, no objections have been filed with the court and the time in which to do so has now passed.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 11, 2022 (Doc. No. 13) are adopted;
2. This action is dismissed due to plaintiff's failure to state a cognizable claim, failure to prosecute, and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **June 6, 2022**

UNITED STATES DISTRICT JUDGE